TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00544-CR






Derreck Lynn Galvan, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT


NO. 10,923, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file a brief is granted. Appellant's
counsel, Ms. Valerie A. Bullock, is ordered to tender a brief in this cause no later than March 11,
2005. No further extension of time will be granted.

It is ordered January 21, 2005.


Before Chief Justice Law, Justices B. A. Smith and Pemberton

Do Not Publish